# In the United States District Court for the Southern District of Georgia Brunswick Division

| WHYTEAKY THORNTON, | * | |
| --- | --- | --- |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:16-cv-70 |
| | * | |
| v. | * | |
| | * | |
| J.V. FLOURNOY, | * | |
| | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's May 24, 2016, Report and Recommendation, dkt. no. 10, to which Petitioner Whyteaky Thornton ("Thornton") has filed Objections, dkt. no. 11. In his Objections, Thornton asserts that he may proceed with his claims pursuant to 28 U.S.C. § 2241 and, therefore, need not petition the United States Court of Appeals for permission to file a second or successive 28 U.S.C. § 2255. However, in the Report and Recommendation, the Magistrate Judge explained at length why Thornton cannot pursue his claims through a Section 2241 petition.

After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge's conclusion. Consequently, the Court, **ADOPTS** the Report and

Recommendation as the opinion of the Court, and **OVERRULES** Thornton's Objections. The Court **DISMISSES** Thornton's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241. Additionally, the Court **DENIES** Thornton leave to appeal *in forma pauperis*. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 17 day of June, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA